# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEEPER SECURITY, INC.<br><br>                Plaintiff,<br><br>      v.<br><br>DAN GOODIN and ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST and ARS TECHNICA,<br><br>                Defendants. | Case No. 1:17-cv-9117<br><br>Hon. Joan Humphrey Lefkow |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

**PLEASE TAKE NOTICE** that on Wednesday, February 14, 2018 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan Humphrey Lefkow, or any other Judge sitting in her stead, in Room 2201 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present *Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6),* a copy of which is hereby served upon you.

Dated: February 8, 2018

                                                          Respectfully submitted,

                                                          */s/ Natalie J. Spears*
                                                          One of the attorneys for Defendants

Natalie J. Spears
Gregory R. Naron
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel:    (312) 876-8000
Fax:   (312) 876-7934
natalie.spears@dentons.com
gregory.naron@dentons.com
jacqui.giannini@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** was filed with the Clerk of the Court on February 8, 2018 by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Natalie J. Spears*

Natalie J. Spears