IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEEPER SECURITY, INC., <br><br>    Plaintiff, <br><br>v. <br><br>DAN GOODIN and <br>ADVANCE MAGAZINE PUBLISHERS <br>INC. d/b/a CONDÉ NAST and ARS <br>TECHNICA, <br><br>    Defendants. | No. 17-cv-9117 <br><br>Judge Joan Humphrey Lefkow <br><br>Magistrate Judge Jeffrey Cole |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by the signatures of counsel below Plaintiff Keeper Security, Inc. and Defendants Dan Goodin and Advance Magazine Publishers Inc., being all the parties to this action, stipulate to the dismissal of this action with prejudice and with each party to bear its or his own fees and costs.

Respectfully submitted,

/s/Dean D. Niro
Dean D. Niro (dniro@vvnlaw.com)
VITALE, VICKREY, NIRO & GASEY LLP
311 S. Wacker Drive, Suite 2470
Chicago, Illinois 60606
Tel.:    (312) 236-0733
Fax:    (312) 236-3137
***Attorneys for Keeper Security, Inc.***

/s/Natalie J. Spears
Natalie J. Spears (Natalie.spears@dentons.com)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
***Attorneys for Defendants Dan Goodin and Advance Magazine Publishers Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 3, 2018 the foregoing

**STIPULATION OF DISMISSAL**

was filed electronically with the Clerk of the Court for the Northern District of Illinois using the

Court's Electronic Case Filing System, which will send notification to the registered participants

of the ECF System as listed:

Natalie J. Spears
Gregory R. Naron
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com
Jacqui.giannini@dentons.com
*Counsel for Defendants Dan Goodin and*
*Advance Magazine Publishers Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/     Dean D. Niro*
*Attorney for Keeper Security, Inc.*